UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>JEFFREY A. MUNGER,<br>VICTORIA L. MUNGER,<br>MARK WERSAL, AND<br>MINNESOTA DEPT. OF REVENUE,<br><br>DEFENDANTS. | ) | Case No. 01-1536 MJD/JGL |

**STIPULATION**

It is hereby stipulated that Defendants Jeffrey A. Munger and Victoria L. Munger may have until November 1, 2001 to serve and file their Answer in the above matter.

Dated: 9-28-2001

**BERNICK AND LIFSON, P.A.**

By: ______________________
Saul A. Bernick, #7778
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
*Attorney for Defendants Jeffrey A. Munger and Victoria L. Munger*

Dated:__________________

______________________
Katja M. Eichinger, Trial Attorney
Tax Division
United States Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
(________________)
*Attorney for Plaintiff*

OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based on the Stipulation of the parties, it is hereby ordered that the Defendants Jeffrey A. Munger and Victoria L. Munger have to and including November 1, 2001 to serve and file their Answer in the above matter.

Dated: Oct. 10, 2001

Judge of District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500