**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 01-CV-1536** MJD/JGL |
| | ) | |
| **JEFFREY A. MUNGER,** | ) | |
| **VICTORIA L. MUNGER,** | ) | |
| **MARK WERSAL, AND** | ) | |
| **MINNESOTA DEPT. OF REVENUE,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | ORIGINAL |
| | ) | |

**DEFAULT AS TO THE DEFENDANT MARK WERSAL**

It appearing from the record that the defendant Mark Wersal has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, default is hereby entered against this defendant.

Entered this 28 day of November, 2001.

BY THE COURT:

RICHARD D. SLETTEN
United States District Court
for the District of Minnesota

By: E Knoblauch
Deputy Clerk

10