ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 01-CV-1536 (JEL\JGL)** |
| | ) | |
| **JEFFREY A. MUNGER, VICTORIA L. MUNGER, and MINNESOTA DEPARTMENT OF REVENUE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFAULT AS TO THE DEFENDANT MINNESOTA DEPARTMENT OF REVENUE**

It appearing from the record that the defendant Minnesota Department of Revenue has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, default is hereby entered against this defendant.

Entered this _______ day of JUL 2 6 2002, 2002.

BY THE COURT:

RICHARD D. SLETTEN, CLERK
United States District Court
for the District of Minnesota

By: Denise Safford
Deputy Clerk