UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1536 (~~MJD~~/JGL)
JEL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF, | ) |
| v. | ) |
| JEFFREY A. MUNGER, et al. | ) |
| DEFENDANTS. | ) |

---

**ORDER**

This Order amends the Pretrial Order of March 29, 2002. The following schedule shall control pretrial proceedings in this case:

1. Estimated length of trial is one to two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. The period during which the parties may seek discovery shall be completed by December 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

6. This case will be considered "ready for trial" as of February 1, 2003.

Dated: 9-23, 2002

Jonathan Lebedoff
Chief U.S. Magistrate Judge

26

FILED 9-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK