UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>JEFFREY A. MUNGER,<br>VICTORIA L. MUNGER, and<br>MINNESOTA DEPT. OF REVENUE,<br><br>DEFENDANTS. | ) | Case No. 01-CV-1536 (JEL/JGL) |

**ORDER**

This cause is before the Court upon the motion of the United States of America, for judgment by default against the defendant Minnesota Department of Revenue under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Upon due consideration of the United States' motion and the record in this case,

IT IS HEREBY ORDERED that under Federal Rule of Civil Procedure 55(b), judgment by default is entered in favor of the United States and against defendant Minnesota Department of Revenue for its failure to plead or otherwise defend.

IT IS FURTHER ORDERED that Minnesota Department of Revenue may not claim any interest in the property at issue in this action upon which the United States seeks to foreclose its tax liens.

Entered this 18th day of October, 2002.

Joan Ericksen Lancaster
UNITED STATES DISTRICT JUDGE

OCT 18 2002
D
'CHARD D. SLETTEN, CLERK
'GMENT ENTERED
'PUTY CLERK'S INITIALS