UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1536 (~~MJD~~/JGL)
JEL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY A. MUNGER, et al. | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

# PRETRIAL ORDER

The court's Pretrial Orders of March 29, 2002 and ________________, are amended to provide the following:

1. Estimated length of trial is one to two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. The period during which the parties may seek discovery shall be completed by January 1, 2003;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 1, 2003;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to March 1, 2003;

6. This case will be considered "ready for trial" as of March 1, 2003; and

NOV 14 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

7. Defendant's will respond to Plaintiff's written discovery previously served no later than November 20, 2002.

Dated: Nov. 13, 2002

Jonathan Lebedoff
Chief U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1536 (~~MJD~~/JGL) JEL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY A. MUNGER, et al. | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**STIPULATION**

It is hereby stipulated that the court may enter the attached Order.

Dated: 11/8/02

**BERNICK AND LIFSON, P.A.**

By: [signature]

Neal J. Shapiro # 99715
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
*Attorney for Defendants*

Dated: 10-29-02

[signature]

Katja M. Eichinger, Trial Attorney
Tax Division
United States Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
*Attorney for Plaintiff*