**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> v. <br> **JEFFREY A. MUNGER, VICTORIA L. MUNGER, and MINNESOTA DEPARTMENT OF REVENUE,** <br> **Defendants.** | ) | **Case No. 01-CV-1536 (JEL\JGL)** |

**ORDER GRANTING UNITED STATES' MOTION TO COMPEL DISCOVERY RESPONSES**

Before the Court is the United States' Motion to Compel Discovery Responses ("Motion to Compel").

The United States sent requests for production, requests for admissions and interrogatories to Jeffrey and Victoria Munger as early as July 30, 2002. The Mungers have failed to fully respond to the discovery requests, have not objected to the discovery requests, and have not produced the requested documents.

**NOW, THEREFORE**, on consideration of the record before the Court, it is

**HEREBY ORDERED** that the United States' Motion to Compel (Doc #35) is **GRANTED**, and it is

**FURTHER ORDERED** that Jeffrey and Victoria Munger fully respond to the discovery requests submitted on July 30, 2002 and October 4, 2002, in accordance with Federal Rules of Civil Procedure within ~~ten~~ thirty (30) JGL days after the date of entry of this Order, and it is

**FURTHER ORDERED** that Jeffrey and Victoria Munger, at their own expense, shall deliver

FILED JAN 08 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

by first class mail to counsel for the United States true and correct photocopies of all documents and other writings requested in the document requests, such delivery to be made within ~~20~~ 30 days after entry of this Order, and it is

**IT IS FURTHER ORDERED** that the Jeffrey and Victoria Munger shall be the United States the reasonable cost incurred in making this motion. in the amount of $400.00

Entered this 8 day of Jan., 2003.

BY THE COURT:

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE