UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> v. <br> **JEFFREY A. MUNGER, VICTORIA L. MUNGER, and MINNESOTA DEPARTMENT OF REVENUE,** <br> **Defendants.** | ) | **Case No. 01-CV-1536 (JEL\JGL)** |

ORIGINAL

**ORDER GRANTING UNITED STATES' SECOND MOTION TO COMPEL DISCOVERY RESPONSES**

Before the Court is the United States' Second Motion to Compel Discovery Responses and Order for Victoria Munger to Appear at Deposition ("Second Motion to Compel").

The United States sent requests for production, requests for admissions and interrogatories to Jeffrey and Victoria Munger as early as July 30, 2002. The Mungers have failed to fully respond to the discovery requests, have not objected to the discovery requests, and have not produced the requested documents. The United States scheduled Victoria Munger's deposition for December 12, 2002, and Victoria Munger failed to appear

On consideration of the record before the Court, it is

**HEREBY ORDERED** that the United States' Second Motion to Compel (Doc. #40) is **GRANTED**, and it is

**FURTHER ORDERED** that Victoria Munger shall appear for her deposition on January 9, 2003 at 1 p.m. at the United States' Attorney's office in Minneapolis, Minnesota, ~~and it is~~
or not more than 30 days from the date of this order;

or not more than 30 days from the date of this order;

FILED JAN 0 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**FURTHER ORDERED** that Victoria Munger shall pay the United States within 30 days of the date this Order expenses and attorney's fees in the amount of $1,197.04 because of her failure to attend the December 12, 2002 deposition, and it is

**FURTHER ORDERED** that the discovery deadline is extended to February 1, 2003,

Entered this 8 day of Jan., 2003.

BY THE COURT:

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

It is further ordered that failure to comply with any terms of this order or the order granting U.S. motion to compel discovery responses, will allow plaintiff to move this Court for Report and Recommendation for default judgment against the defendants.

J.G.L.