UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br>v.<br>JEFFREY A. MUNGER, et al.<br>DEFENDANTS. | ) | J.E.L.<br>Civil No. 01-1536 (~~MJD~~/JGL) |

## STIPULATION TO EXTEND DISCOVERY DEADLINES

On January 8, 2003, the Court granted the United States' motions to compel discovery responses and to compel Victoria Munger to appear for her deposition. *See* docket nos. 45-47. The Court ordered the Mungers to fully respond to the United States' discovery requests within 30 days of the orders which is no later than February 7, 2003. *See id.* The Court also ordered that Victoria Munger's deposition be taken within 30 days from the date of the orders, which is no later than February 7, 2003. *See id.* The United States' has noticed Victoria Munger's deposition for January 30, 2003 at 9 a.m. at the United States Attorney's Office in Minneapolis, Minnesota. Currently the dispositive motion deadline and trial ready date are set for March 1, 2003.[1] The parties agree that due to the extended discovery period the following deadlines should be extended.

I.

That all dispositive Motions shall be filed on or before **May 1, 2003.**

---

[1] Prior to these discovery problems arising, the discovery deadline was, after several extensions, set for February 1, 2003. *See* docket nos. 19, 26, 27, and 34.

JAN 2 9 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

II.

That this case shall be ready for trial on **June 1, 2003**.

Dated: Jan 22, 2003

BERNICK AND LIFSON, P.A.

By: 

Neal J. Shapiro #99715
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
*Attorney for Defendants*

Dated: Jan 27, 2003

THOMAS B. HEFFELFINGER
United States Attorney

Katja M. Eichinger, Trial Attorney
Tax Division
United States Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
*Attorneys for Plaintiff*

**SO ORDERED:**

**BY THE COURT**

**Dated:** Jan 29, 2003

**JONATHAN LEBEDOFF**
**CHIEF U.S. MAGISTRATE JUDGE**