**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**UNITED STATES OF AMERICA**

Plaintiff,

v.

**JEFFREY A. MUNGER, VICTORIA L. MUNGER, and BRUCE K. HOYT,**

Defendants.

Civil No. 01-1536 (JEL/JGL)

**O R D E R**

---

APPEARANCES

Katja M. Eichinger, Esq., appeared telephonically for Plaintiff.

Neal J. Shapiro, Esq., appeared for Defendants Jeffrey and Victoria Munger.

---

A hearing was held on March 3, 2003, before United States Chief Magistrate Judge Jonathan Lebedoff on the United States' Motion for Order Precluding Testimony for Victoria Munger's Failure to Appear at Her Deposition and for Sanctions (Doc. No. 52) and the United States' Motion for Additional Costs Relating to Its Motion for Order Precluding Testimony for Victoria Munger's Failure to Appear at Her Deposition and for Sanctions (Doc. No. 55). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The background of these motions is detailed in this Court's accompanying Report and Recommendation, dated March 10, 2003, which addresses the United States' Motion for Order Precluding Testimony for Victoria Munger's Failure to Appear at Her Deposition. The Report and Recommendation is incorporated here by reference.

The deposition of Defendant Victoria Munger has been scheduled four times and has been ordered by this Court. The Government has been reasonable in attempting to accommodate Ms. Munger in scheduling and has incurred significant costs as a result of Ms. Munger's repeated failure to appear for her deposition in violation of express Court Orders. The Court has reviewed the description of the costs incurred by the Government and finds them reasonable. Accordingly, this Court grants the Government's requests for sanctions and hereby awards the Government its costs in the amount of $2,773.98.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1) United States' Motion for Sanctions (Doc. No. 52) is **GRANTED**, and

2) United States' Motion for Additional Costs Relating to Its Motion for Order Precluding Testimony for Victoria Munger's Failure to Appear at Her Deposition and for Sanctions (Doc. No. 55) is **GRANTED.**

3) Defendant Victoria L. Munger shall pay the United States within ten

days of the date of this Order expenses and attorneys' fees in the amount of $2,773.98.

Dated: March 10, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge