AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

V.

Jeffrey A. Munger, Victoria L. Munger,
Minnesota Department of Revenue,
and Bruce K. Hoyt,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1536 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims against the Minnesota Department of Revenue are DISMISSED WITH PREJUDICE.
2. All claims against Bruce K. Hoyt are DISMISSED WITH PREJUDICE.
3. The Government's Motion for Summary Judgment [Docket No. 70] is GRANTED.
4. The Government's tax liens against Jeffrey A. Munger are valid and subsisting and attach to the undivided one-half interest in the Property, which is jointly owned by the Mungers and is legally described as Lot Three (3), Block One (1), Stagecoach Hill Addition, Hennepin County, Minnesota and is located at 6000 and 6002 West 106th Street, Bloomington, Minnesota.
5. Pursuant to 26 U.S.C. § 7403(c), the Government is entitled to enforce the tax liens described in Paragraph 4 against the Property by sale of the Property to help satisfy the tax liabilities of Jeffrey A. Munger. One-half of the proceeds from the sale of the Property shall be distributed to the Government to offset its federal tax liens against Jeffrey A. Munger, with the remaining one-half of the proceeds to be distributed to Victoria L. Munger.

October 20, 2003
Date

RICHARD D. SLETTEN,

(By) Deputy Clerk