ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 01-CV-1536 (JEL/JGL) |
| JEFFREY A. MUNGER, VICTORIA L. MUNGER, and BRUCE K. HOYT, Defendants. | ) | |

## STIPULATION FOR ENTRY OF JUDGMENT

It is hereby stipulated and agreed that judgment may be entered in favor of the United States, and against Jeffrey A. Munger, for the assessed federal income tax liabilities for the taxable years 1992 through 1998, plus all statutory additions accruing from the dates of assessments. The assessed federal income taxes and dates of assessment are as follows:

FILED FEB 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 11 2003
DEPUTY CLERK'S INITIALS ________

| **Tax Year** | **Assessment Date** | **Unpaid Assessed Balance** | **Accrued Interest as of August 20, 2001** | **Accrued Penalty as of August 20, 2001** | **TOTAL** |
|---|---|---|---|---|---|
| **1992** | September 27, 1993 | 2,205.20 | 2,067.65 | 448.68 | 4,721.53 |
| **1993** | August 26, 1996 | 29,078.03 | 15,204.69 | 1,857.45 | 46,140.17 |
| **1994** | September 2, 1996 | 40,470.17 | 20,943.04 | 4,393.49 | 65,806.71 |
| **1995** | August 19, 1996 | 11,747.38 | 6,142.82 | 2,482.25 | 20,372.45 |
| **1996** | December 14, 1998 | 20,503.35 | 5,061.45 | 1,971.14 | 27,535.94 |
| **1997** | December 21, 1998 | 33,179.46 | 8,128.84 | 4,959.16 | 46,267.46 |
| **1998** | August 2, 1999 | 16,258.59 | 3,059.08 | 3,423.78 | 22,741.45 |
| **TOTAL** | | | | | **233,585.71** |

The total unpaid balance for the taxable years 1992 through 1998, including statutory interest and penalties as of August 20, 2001 is $233,585.71. Therefore, judgment is entered against Jeffrey A.

Munger in the amount of $233,585.71, plus all statutory additions accruing after August 20, 2001.

**SO STIPULATED**

THOMAS B. HEFFELFINGER
United States Attorney

KATJA M. EICHINGER
Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)307-0170
Fax: (202)514-6770
D.C. Bar No. 464925

Dated: Feb 6, 2003.

Jeffrey A. Munger

NEAL SHAPIRO
1200 Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416
Telephone: (763)546-1200
#99715

Dated: Jan 5, 2003

IT IS SO ORDERED, this 11th day of February 2003.

JOAN E. LANCASTER
UNITED STATES DISTRICT JUDGE