**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**JEFFREY A. MUNGER,**<br>**VICTORIA L. MUNGER, AND**<br>**MINNESOTA DEPT. OF REVENUE,**<br><br>**DEFENDANTS.** | ) | **Case No. 01-CV-1536** (JNE/JGL) |

## ORDER FOR INSTALLMENT PAYMENTS

Upon consideration of the motion (Doc. 90) and supporting exhibits and memorandum of points and authorities, this Court finds that the judgment debtor, Jeffrey A. Munger, is receiving or will receive substantial nonexempt disposable earnings from self-employment that are not subject to garnishment. Accordingly, it is

ORDERED, pursuant to 28 U.S.C. §3204, that the judgment debtor, Jeffrey A. Munger, pay from his nonexempt disposable earning to the United States of America the sum of $904.00 per month beginning April 1, 2004, to be applied to judgment debt in this action until the judgment debt, including all interest, penalties, costs, and the ten-percent surcharge imposed by 28 U.S.C. § 3011 is fully satisfied.

The monthly $904.00 payments should be made by check made payable to the "Department of the Treasury" and should be mailed to the following address (in time to arrive at the Department of Justice by the tenth day of the month):

MICHAEL R.. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

IT IS SO ORDERED.

Dated: 2/17/04

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Dated: 2/2/04
Minneapolis, Minnesota

Prepared and submitted by:

THOMAS B. HEFFELFINGER
United States Attorney

MICHAEL R.. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile: (202) 514-6770

Attorneys for Plaintiff,
United States of America