# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv1536 (JNE/JGL) |
| | ) | Date: April 19, 2004 |
| Victoria L. Munger, | ) | Court Reporter: No Court Reporter |
| | ) | Time Commenced: 3:00 p.m. |
| Defendant. | ) | Time Concluded: 3:30 p.m. |
| | ) | Time in Court: 30 Minutes |

Hearing on: **Telephone Status Conference Re: Order of Sale**

APPEARANCES:

Plaintiff: Michael R. Pahl
Defendant: Neal J. Shapiro

PROCEEDINGS:

9 Evidence by 9 Plaintiff 9 Defendant 9 Other:
9 Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
9 Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
9 Final pretrial conference held
9 Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
9 Settlement reached. Terms stated on the record.
9 No settlement reached.
9 Status conference.
9 Dates discussed for the progression of the case.

IT IS ORDERED:

9 Schedule Set:
Trial:
PTC:
Discovery:
9 Proceedings continued to ________________ at ________ a.m./p.m.
9 Submitted 9 Sustained 9 Overruled
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk