IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 01-CV-1536 |
| | ) | |
| JEFFREY A. MUNGER, | ) | |
| VICTORIA L. MUNGER, AND | ) | |
| MINNESOTA DEPT. OF REVENUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment dated June 16, 2003, in the above-entitled case against Jeffrey A. Munger and in favor of the United States for taxes in the amount of $233,585.71, has been satisfied. The Clerk of the United States District Court for the District of Minnesota, is hereby authorized and empowered to satisfy and cancel said judgment.

Accordingly, pursuant to Section 3201(d), Title 28, U.S.C., the lien created when a certified copy of the abstract of judgment was filed in the Recorder's Office for Hennepin County, Minnesota on November 21, 2003 as Document Number 8234008 has been satisfied and

is hereby released.

Dated this 8th day of September, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/Michael R. Pahl

______________________
MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488