CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Satisfaction of Judgment and Release of Lien has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 8th day of September, 2005.

Jeffrey A. Munger

6002 W. 106th Street

Bloomington, MN 55438

s/Michael R. Pahl

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488